**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **THI XUAN THAO DANG** | **CIVIL ACTION 3:26-CV-03297 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LISA BOWEN ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MEMORANDUM ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) filed by Petitioner Thi Xuan Thao Dang ("Dang"), an immigration detainee at the Richwood Correctional Center in Monroe, Louisiana.

Dang alleges that she is experiencing a high-risk pregnancy due to a history of miscarriages and that she has no criminal history. She further alleges that ICE detained her during a routine check-in on July 22, 2026, despite her prior compliance with immigration proceedings.

ICE Directive 11032.4 provides that pregnant individuals generally should not be detained—or, if already detained, should be released—unless release is prohibited by law or exceptional circumstances exist. Doc. 1 at 6-7; Doc. 1-6 at 1, 6-8.

To determine whether Dang is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, THE CLERK IS DIRECTED to serve a copy of the Petition (Doc. 1) and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and

- the Warden where Petitioner is detained, by first-class mail.

IT IS ORDERED that Respondents file a response to the Petition within **seven (7) days**. The response shall address all claims raised in the Petition, including whether Petitioner's continued detention complies with ICE Directive 11032.4 and whether release is prohibited by law or exceptional circumstances justify her continued detention.

IT IS FURTHER ORDERED that Petitioner is afforded **three days** to reply.

Signed at Lafayette, Louisiana on this 3rd day of September, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE