**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**THI XUAN THAO DANG** | **CIVIL ACTION NO. 3:26-CV-03297 SEC P**

**VERSUS** | **JUDGE JAMES D. CAIN, JR.**

**LISA BOWEN ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST**

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 7), and after a de novo review of the record, including the Objection (Rec. Doc. 8) and Response (Rec. Doc. 9), concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **GRANTED**; Petitioner **SHALL BE RELEASED** under appropriate conditions within five days, with her personal property, and **WITH ADVANCE NOTICE TO COUNSEL**.

**THUS DONE AND SIGNED** in Chambers on the 21st day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**